# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2014

### NO. 03-14-00032-CV

**Billy Hung Nguyen, Appellant**

**v.**

**The State of Texas; The City of Fort Worth, Texas; The Transit Authority of Fort Worth, Texas; and the Special Purpose District of Fort Worth Crime Control, Texas, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on December 2, 2013. Billy Hung Nguyen has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.